

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00093-CV

JULIUS MATHIAS JR., Appellant

V.

BANKSIDE VILLAGE APARTMENTS, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County (Tr. Ct. No. 1056219).

Appellant, Julius Mathias Jr., has neither established indigence nor paid, or made arrangements to pay, all the required fees. Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, Julius Mathias Jr., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 7, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.